966

SERENA READ, Executrix of the Estate of Earl E. Read, Deceased, Claimant, *Appellee,* v. In the Matter of the Estate of Quinnie Davis, Deceased, and JOHN W. BRIGGS, Executor, *Appellants.*

No. 47,438

Opinion filed December 7, 1974.

*L. M. Kagey* and *H. E. Pat Healy,* of Kagey and Healy, of Wichita, and *J. V. Severe,* of Ashland, were on the brief for the appellants.

*Harry E. Robbins, Jr.* and *Frank E. Robbins,* of Gamelson, Hiebsch, Robbins and Tinker, of Wichita, were on the brief for the appellee.

FOTH, C. Affirmed.

LEONA GASTIL, *Plaintiff-Appellant,* v. ROBERTA CURRY, a minor by and through her Mother and Next Friend, DELORES CURRY, *Defendant-Appellee.*

No. 47,439

Opinion filed November 2, 1974.

*James P. Johnston,* of Sowers, Carson, Johnston & Baker, of Wichita, was on the brief for the plaintiff-appellant.

*Jerry G. Elliott* and *Mikel L. Stout,* of Foulston, Siefkin, Powers & Eberhardt, of Wichita, were on the brief for the defendant-appellee.

*Per Curiam.* Affirmed.

THE STATE OF KANSAS, *Appellee,* v. CHARLES DEPRIEST, *Appellant.*

No. 47,443

Opinion filed November 2, 1974.

*Barry Albin,* of Kansas City, was on the brief for the appellant.

*Vern Miller,* attorney general, *Nick A. Tomasic,* district attorney, and *Philip L. Sieve,* chief deputy district attorney, were on the brief for the appellee.

*Per Curiam.* Appeal dismissed.